# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2443
LT Case Nos. 2011-CF-007056-A

_____

EDDIE HESTER, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Eddie Hester, Jr., Century, pro se.

Ashley Moody, Attorney General, and Thomas H. Duffy,
Assistant Attorney General, Tallahassee, for Appellee.

January 30, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____